# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Marvin Aspen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 4828 | **DATE** | 6/3/2005 |
| **CASE TITLE** | Linda Green vs. The City of Chicago, et al | | |

**DOCKET ENTRY TEXT:**

Presently before us are motions to dismiss filed by the City, SBI and Near West. Defendants motions to dismiss (27, 29 & 32) are granted in part and denied in part.

■ [ For further detail see attached order.]

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: | GL |
|---|---|---|